UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

November 3, 2014

MEMORANDUM TO COUNSEL RE:   USA v. Anthony Jones
                              Criminal No. GLR-13-0229

Dear Counsel:

   Kindly file a status report on or before November 7, 2014 regarding Mr. Jones's attached correspondence dated October 11, 2014 and received today by the Court.

   Due to the nature of Mr. Jones's letter, it will not be docketed. Please send your status letter to my Chambers e-mail box: mdd_GLRChambers@mdd.uscourts.gov.

                              Very truly yours,

                              /s/

                              George L. Russell, III

Attachment